IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-20988
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


EDITH FAYE GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. CR-H-95-79-13
_____

August 1, 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:*


    Edith Faye Green appeals her conviction for mail fraud,
contending that the district court erred in relying upon the $2.4
million loss amount calculated in the presentence report.  We have
reviewed the record and the briefs of the parties and have found no
reversible error.  United States v. Wimbish, 980 F.2d 312, 313 (5th

_____

    *Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Cir. 1992), <u>cert. Denied</u>, 508 U.S. 919 (1993); <u>United States v. Calverley</u>, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc), <u>cert. denied</u>, 115 S.Ct. 1266 (1995); U.S.S. G. § 2F1.1.

A F F I R M E D.